**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Lubna Abdallah and Waleed Abdallah, Defendants,

Of whom Lubna Abdallah is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-000154

───────────────

Appeal From Greenville County
Katherine H. Tiffany, Family Court Judge

───────────────

Unpublished Opinion No. 2018-UP-350
Submitted July 27, 2018 – Filed August 1, 2018

───────────────

**AFFIRMED**

───────────────

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Jennifer Lynn Mook, of Law Office of Jennifer Mook,
LLC, of Aiken, as Guardian ad Litem for Appellant.

Jonathan Ashley Neal, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the minor child's Guardian ad Litem.

---

**PER CURIAM:**  Lubna Abdallah appeals a removal order finding she harmed her minor son, removing him from her custody, and ordering her to complete a placement plan.  *See* S.C. Code Ann. § 63-7-1660 (2010 & Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Abdallah's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.